UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LONNIE J. GRAMMER, | ) |
| | ) |
| WYATT BAKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:20-cv-03041-JPH-DML |
| | ) |
| WRIGHT OF INDIANA, LLC, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT**. The parties' stipulations of dismissal are acknowledged, and this case **is dismissed with prejudice**.

Date: 2/12/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk

By: *Pam Pope*
Deputy Clerk, U.S. District Court

1

Distribution:

Emily L. Connor
LITTLER MENDELSON, P.C. (Indianapolis)
econnor@littler.com

Robert Peter Kondras, Jr.
HASSLER KONDRAS MILLER LLP
kondras@hkmlawfirm.com

Christopher Michalski
LITTLER MENDELSON PC
cmichalski@littler.com

Aaron J. Williamson
WILLIAMSON CIVIL LAW, LLC
aaron.williamson@wcivillaw.com